UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
 )
CONEX HOLDINGS, LLC )   Chapter 7
 )   Case No. 11-10501 (CSS)
 )
Debtor. )
_____)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named Debtor:

A petition under title 11 of the United States Code was filed against you in this bankruptcy court on February 20, 2011, requesting an order for relief under chapter 7 of title 11 of the United States Code.

YOU ARE SUMMONED and required to file with the clerk of the Bankruptcy Court for the District of Delaware a motion or answer to the petition within 21 days after service of this summons. A copy of the petition is attached.

Address of the clerk:

Clerk's Office of the United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
Telephone: (302) 252-2900

At the same time, you must also serve a copy of your motion or answer on the petitioners' counsel:

| | |
|---|---|
| EDWARDS ANGELL PALMER & DODGE LLP | DLA PIPER LLP |
| Attn: Stuart M. Brown, R. Craig Martin and Cynthia Moh Baldwin | Attn: Alan P. Solow, Richard A. Chesley and Gregory S. Otsuka |
| 919 N. Market Street, 15th floor | 203 N. La Salle St. |
| Wilmington, DE 19801 | Suite 1900 |
| Telephone: (302) 777.7770 | Chicago, IL 60601 |
| Facsimile: (302) 777.7263 | Phone: (312) 368-343 |
| sbrown@eapdlaw.com | richard.chesley@dlapiper.com |
| rcmartin@eapdlaw.com | gregory.outsuka@dlapiper.com |
| cbaldwin@eapdlaw.com | |

WLM 525151.1

GOLDBERG KOHN LTD.
Attn: Randall L. Klein
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 201-4000
randall.klein@goldbergkohn.com

    If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c). If you fail to respond to this summons, the order for relief will be entered.

**DAVID D. BIRD**
Clerk of the Bankruptcy Court for the District of Delaware

Date: 2/28/11

By: _____
Deputy Clerk

WLM 525151.1